Lizbeth V. West, State Bar No. 207137
**weintraub** genshlea chediak
a law corporation
400 Capitol Mall, 11th Floor
Sacramento, California 95814
Telephone: (916) 558-6000
Facsimile: (916) 446-1611

Attorneys for Defendant
MV Transportation, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA (FRESNO)

| | |
|---|---|
| KENNETH LOMBARDO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MV TRANSPORTATION, INC. and<br>THE CITY OF MODESTO,<br><br>　　　　Defendants. | Case No: 1:07-CV-01147-AWI-NEW (TAG)<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER COMPLAINT** |

**IT IS HEREBY STIPULATED,** pursuant to Local Rule 6-144, that plaintiff has granted defendants MV Transportation, Inc. and the City of Modesto an extension of up to and including September 28, 2007 to file their answers to the complaint in this matter.

Dated: August 30, 2007        **weintraub** genshlea chediak
　　　　　　　　　　　　　　a law corporation


　　　　　　　　　　　　　　By:　/s/ - Lizbeth V. West
　　　　　　　　　　　　　　　　Lizbeth V. West
　　　　　　　　　　　　　　　　Attorney for MV Transportation

Dated: August 30, 2007        **Provencher & Flatt LLP**


　　　　　　　　　　　　　　By:　/s/ - Gail F. Flatt
　　　　　　　　　　　　　　　　Gail F. Flatt
　　　　　　　　　　　　　　　　Attorney for Plaintiff

9999/LVW/LVW/0985706.WPD;　　　　　　　　　Stipulation for Extension of Time to Answer Complaint

Dated: August 30, 2007

**CITY OF MODESTO
OFFICE OF THE CITY ATTORNEY**

By: /s/ - James F. Wilson
James F. Wilson
Attorney for City of Modesto

Pursuant to the Stipulation of the parties under Local Rule 6-144,

**IT IS HEREBY ORDERED** that defendants MV Transportation, Inc. and the City of Modesto are granted an extension of up to and including September 28, 2007 to file their answers to the complaint in this matter.

IT IS SO ORDERED.

Dated: **September 10, 2007**                               /s/ Theresa A. Goldner
UNITED STATES MAGISTRATE JUDGE