PROVENCHER & FLATT LLP
Gail F. Flatt, CSB #104422
823 Sonoma Avenue
Santa Rosa, CA  95404-4714
Telephone:   (707) 284-2380
Facsimile:    (707) 284-2387

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA (FRESNO)

| | |
|---|---|
| KENNETH LOMBARDO,<br><br>　　　　　　Plaintiff,<br><br>　　　　　v.<br><br>MV TRANSPORTATION, INC. and THE CITY OF MODESTO,<br><br>　　　　　　Defendants. | No. 1:07:CV-01147-AWI-NEW<br><br>**STIPULATION OF DISMISSAL AND ORDER** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

Dated: October 15, 2007

PROVENCHER & FLATT LLP                    weintraub genshlea chediak


By: __/s/_____          By: __/s/_____
　　Gail F. Flatt                                           　　Lizbeth V. West
　　Attorney for Plaintiff                              　　Attorney for Defendants
　　Kenneth Lombardo                              　　MV Transportation Inc. and
　　                                                                　　The City of Modesto

1

Pursuant to Stipulation of the parties under FRCP 41(a)(1),

IT IS ORDERED that this action is dismissed with prejudice.

IT IS SO ORDERED.

Dated:     **November 7, 2007**              **/s/ Anthony W. Ishii**
                                        UNITED STATES DISTRICT JUDGE